# EXHIBIT "A"

+1 (408) 427-7660 >

Text Message
Thu, Oct 15, 6:13 AM

A1_A
ALERT: Nelson, $2,226.64 was credited into your account. Confirm here kj12m.com/8xk2Gz1ak4

Stop

Stop

Stop

Stop

Stop

Stop

+1 (260) 308-4294 ›

Text Message
Today 10:13 AM

Cheryl GET_CASH Amounts: Upto 5000Pending Confirmation through http://sbv07o.com/a67bb2f988 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.

Text Message

+1 (219) 506-7727 ›

Text Message
Today 10:23 AM

Cheryl GET_CASH Amounts: Upto 5000Pending Confirmation through http://rbj9me.com/19fdffa2d5 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.

Text Message

+1 (608) 879-1068 ›

Text Message
Today 10:43 AM

Cheryl Need Cash?_Amounts: Upto 5000Pending Confirmation through http://pyephb.com/78b269afad 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.

Text Message

11:44

+1 (308) 730-4366 >

Text Message
Today 11:19 AM

Cheryl Need Cash?_Amounts: Upto 5000Pending Confirmation through http://nrujta.com/705d731297 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.

Text Message

11:44

+1 (260) 308-4991 ›

Text Message
Today 11:19 AM

Cheryl Need Cash?_Amounts: Upto 5000Pending Confirmation through http://o2teka.com/6d46eb469a 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.

Text Message

+1 (308) 470-4197 ›

Text Message
Today 11:33 AM

Cheryl Need Cash?_Amounts: Upto 5000Pending Confirmation through http://mnnwla.com/a2969e1e07 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.

Text Message



+1 (608) 623-6433 ›

Text Message
Today 9:44 AM

Cheryl CASHAmounts: Upto 5000Pending Confirmation through http://xgypre.com/6294881c77 9 to Stop

Stop

Text Message
Today 9:46 AM

Cheryl CASHAmounts: Upto
5000Pending Confirmation through
http://xbekky.com/1bde3df4e0 9 to
Stop

Stop

You have successfully been
unsubscribed. You will not receive
any more messages from this
number. Reply START to
resubscribe.

Text Message



11:57

+1 (816) 542-3451 ›

Text Message
Today 11:29 AM

Cheryl DecemberLoanPackage available upto:5000 Confirm at rzigin.com/oL1fT2HyqL  Text 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.

Text Message







+1 (248) 780-8936

Text Message
Thursday 12:29 PM

Cheryl Your $4985 Request is pending your approval. Please respond at qwarbv.com/Rfdp60VFbu  Text 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.









9:35

+1 (319) 946-4013 ›

Text Message
Thursday 12:26 PM

Cheryl Your $4985 Request is pending your approval. Please respond at qx4tfz.com/x7JYwPMB6Q  Text 9 to Stop

Stop

You have successfully been unsubscribed. You will not receive any more messages from this number. Reply START to resubscribe.



