# EXHIBIT "D"







| Data | 2048 | SSL |
| protected | bit secured | security |

## Our Main Advantages



**Safe & Secure**

### Connect with a Helpful Lender

We commit to connecting you with an approved lender. We also made the process simple. No need to visit hundreds of websites and fill out numerous paperwork.



**As Fast As 24 Hrs**

### The Need for Speed

If you have questions regarding a loan inquiry, approval, funded loan, payments or any other question about a particular loan, please contact your lender or lending partner directly. If you received a loan, you should already have the lender's or lending partner's contact information.



Loans from $500

## Your Loan, Your Business

We recognize a personal loan is a private matter. Reasons for needing money range from critical automobile maintenance, unexpected medical expenses, much needed family vacation, basic home improvements, etc.



## I got a loan offer right away without a lot of hassle and I truly appreciate the speedy service.

## Get a Loan Today for a Better Tomorrow

We commit to connecting you with an approved lender. We also made the process simple. No need to visit hundreds of websites and fill out numerous paperwork.We recognize a personal loan is a private matter. Reasons for needing money range from critical automobile maintenance, unexpected medical expenses, much needed family vacation, basic home improvements, etc.



Get Started →

| | |
|---|---|
| How It Works | About Us |
| Why Choose Us | Questions |
| Definitions | Rates & Fees |
| Lending Policy | Privacy Policy |
| Terms of Use | Disclaimer |
| Contact | E-Consent |

**Important Disclosures. Please Read Carefully.**

This service is not available in all states. If you request a loan in a particular state where such loans are prohibited, or in a location where RushInLoans.com does not have an available lender, you will not be connected to a lender. In some cases, you may be given the option of obtaining a loan from a tribal lender. Tribal lenders are subject to tribal and certain federal laws while being immune from state law including usury caps. If you are connected to a tribal lender, please understand that the tribal lender's rates and fees may be higher than state-licensed lenders. Additionally, tribal lenders may require you to agree to resolve any disputes in a tribal jurisdiction. You are urged to read and understand the terms of any loan offered by any lender, whether tribal or state-licensed, and to reject any particular loan offer that you cannot afford to repay or that includes terms that are not acceptable to you.

The purpose of shorter duration loans is to provide the borrower temporary financial relief. Such loans are not a long-term financial solution. Persons facing serious financial difficulties should consider other alternatives or should seek out professional financial advice.

This website is not an offer to lend. RushInLoans.com is not a lender and does not make loan or credit decisions. RushInLoans.com connects interested persons with a lender from its network of approved lenders. RushInLoans.com does not control and is not responsible for the actions or inactions of any lender, is not an agent, representative or broker of any lender, and does not endorse any lender. RushInLoans.com receives compensation from its lenders, often based on a ping-tree model similar to Google AdWords where the highest available bidder is connected to the consumer. Regardless, RushInLoans.com's service is always free to you.

By submitting your information via this website, you are authorizing RushInLoans.com and its partners to do a credit check, which may include verifying your social security number, driver license number or other identification, and a review of your creditworthiness. Credit checks are usually performed by one of the major credit bureaus such as Experian, Equifax and TransUnion, but also may include alternative credit bureaus such as Teletrack, DP Bureau or others. You also authorize RushInLoans.com to share your information and credit history with a network of approved lenders and lending partners.

## Lender's Disclosure of Terms.

The lender you are connected to will provide documents that contain all fees and rate information pertaining to the loan being offered, including any potential fees for late-payments and the rules under which you may be allowed (if permitted by applicable law) to refinance, renew or

rollover your loan. Loan fees and interest rates are determined solely by the lender based on the lender's internal policies, underwriting criteria and applicable law. RushInLoans.com has no knowledge of or control over the loan terms offered by a lender. You are urged to read and understand the terms of any loan offered by any lender, whether tribal or state-licensed, and to reject any particular loan offer that you cannot afford to repay or that includes terms that are not acceptable to you.

## Late Payments Hurt Your Credit Score

Please be aware that missing a payment or making a late payment can negatively impact your credit score. To protect yourself and your credit history, make sure you only accept loan terms that you can afford to repay. If you cannot make a payment on time, you should contact your lender immediately and discuss how to handle late payments.



Copyright © 2021 RushInLoans.com. All Rights Reserved