| STATE OF TEXAS | COUNTY OF |
|---|---|

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

**RICHARD HENDERSON**
*Plaintiff,*

*-vs-*

**NESMETAJU LLC and MARKETINGLABS LLC dba BRITHENLOANS.COM THELENDSOURCE.COM and RUSHINLOANS.COM**
*Defendant.*

Civil Action No: **3:21-cv-00255**

### SERVICE RETURN FOR MARKETINGLABS LLC

I, **Eric Helpingstine**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [▶] I made service of said *Summons and Complaint* in the county aforesaid on the **28th** day of **January, 2022**, at **9:55 AM** *(from GPS coordinates 44.797599, -106.954577)* by delivering a copy of the same, to **MARKETINGLABS LLC** to wit:

    a. [ ] Personally and in person at:
        [ ] Home
        [▶] Work: **MARKETINGLABS, LLC**
        [ ] Bank:
        [ ] Other:

    b. [▶] By leaving copies with **Wantowski Leanne (Registered Agent)**, a person over the age of 14 years old, at the defendant's usual place of employment: **MARKETINGLABS, LLC, REG AGENTS INC, 30 N Gould St Ste R, Sheridan, WYOMING 82801**.

2. [ ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

Physical Description:
White Female, approx 5'7", approx 180 lbs, approx 50's,
Red hair.

_____
Eric Helpingstine

Comments: Served RA.

Subscribed and affirmed, or sworn to before me in the County of __Sheridan__,
State of __Wyoming__ this __4__ day of __February__ 2022.

_____
Notary Public / Clerk

GLORIA JEAN TAYLOR
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 166073
MY COMMISSION EXPIRES: 10/01/2027

Kimmel & Silverman PC

741969



AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00255

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Marketinglabs LLC___
was received by me on *(date)* ___Jan 27, 2022___ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ___Leanne Wantowski___ , who is
designated by law to accept service of process on behalf of *(name of organization)* ___Marketinglabs LLC___
_____ on *(date)* ___Jan 28, 2022___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___1/28/22___

_____
Server's signature

___Eric Helpingstine   Process server___
Printed name and title

___1 Bell Dr. Sheridan, WY 82801___
Server's address

Additional information regarding attempted service, etc: