# EXHIBIT "A"

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ryan S. Cadry, Esq.  Jana M. Moser, Esq.
Cadry Law Group, PC  Moser Legal, PC
16501 Ventura Blvd., Suite 610  555 West Fifth St., 35th Floor
Encino, CA 91436  Los Angeles, CA 90013
(818) 849-5962  (310) 295-1724

ATTORNEY(S) FOR: Marketinglabs, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Pamela Smith

Plaintiff(s),

v.

Marketinglabs, LLC

Defendant(s)

CASE NUMBER:

2:20-cv-11796-PLA

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Marketinglabs, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marketinglabs, LLC | Defendant, Marketinglabs, LLC, is a Wyoming limited liability company. It is not a publicly traded company, and no publicly-held corporation owns 10% or more of its stock. Its parent company is Nesmetaju, LLC, which is domesticated in St. Kitts and Nevis. Nesmetaju, LLC is owned by Anton Ignatenko. |
| Pamela Smith | Plaintiff, an individual |

March 8, 2021  /s/ Ryan S. Cadry
Date  Signature

Attorney of record for (or name of party appearing in pro per):

Marketinglabs, LLC