# EXHIBIT "B"

# Quick funds

## Terms of Use

Nesmetaju LLC doing business as RushInLoans.com (" Quick Funds" or "we" or "our"), owns and operates the website located at Quick Funds (the "Site"). Quick Funds provides and maintains this Site for your information, conditioned on your acceptance, without modification, of the terms, conditions and notices contained in these Terms of Use and in our Privacy Policy. By accessing and using the Site, you accept and agree without limitation to the following:

### Products and Services
RushInLoans.com is not a lender and is not responsible for any lending product advertised or offered to you, or for any credit decisions made about you. No specific loan products are offered to you on this Site. Specific loan products are offered to you directly by the lender.

### Esign Consent
You agree that clicking "Get Cash Now" (or other such button you use to submit your loan request) acts as your electronic signature. You further consent that we and any lender we share your request with can communicate with you electronically and that any required disclosures may be provided to you electronically, including without limitation any notices of adverse action that a lender is required send to you. You also confirm that you have the ability to access documents electronically, including the ability to view and save PDF files.

### SMS Terms and Conditions
By clicking "Submit", I agree to receive informational, promotional or marketing related SMS messages from RushInLoans.com and marketing partners. This is a standard rate subscription service available on most carriers including U.S. Cellular, AT&T, Cellular One, T-Mobile, Sprint, Boost, MetroPCS, Verizon Wireless, Alltel Wireless and Virgin Mobile. Msg&Data Rates May Apply. Requires text-enabled handset. Carriers are not liable for delayed or undelivered messages. You may cancel your subscription by texting STOP to 99629. You can also get info directly on your phone by texting HELP to 99629. Service will continue until customer cancels.

### Loan Inquiry Policy
RushInLoans.com reserves the right to reject your inquiry at any time for any reason not prohibited by law. RushInLoans.com may require additional information or verification before your loan request is accepted. When you submit your information through a form on our Site, you will be connected with a lender for further consideration based on the lender's policies and procedures. This does not mean your loan has been approved. Loan approval is solely the lender's decision. RushInLoans.com is not responsible for taking, approving or denying your loan request. By submitting your information, you agree that if we cannot find a lender that can offer you the type of loan you initially requested, we will search our network of lenders and lending partners to see if we can find other lenders and lending partners with different loan products to help you.

### Credit References
Participating lenders and lending partners may verify your social security number, driver's license number or other federal or state identification, as well as review your credit worthiness through national databases that may include Equifax, Transunion, Experian and other credit bureaus. By submitting your information to us, you agree that lenders and lending partners may obtain such credit reports and verify your information.

### Restrictions
You must be 18 years or older and a legal resident of the United States to submit a loan request. You agree not to use this Site for any illegal or

 Safe & Secure     Fast Lender-Approval     Submit Online

### Intellectual Property
The trademarks, titles, characters, trade names, graphics, designs and other properties, including all software, text and images appearing on this Site is the intellectual property of RushInLoans.com, its licensees, or other third parties who have authorized use of such properties on the Site.
You have permission to view and make copies of documents, pages, images or other materials or content on this site for the sole purposes of requesting a loan. RushInLoans.com reserves all other rights in this Site and its contents. You may not distribute, display, transmit or disseminate any documents, images or content without our prior written consent. Nothing contained on this Site should be construed as conferring any right or license to any trademark, copyright or other intellectual property right.

### Limitations of Liability and Disclaimer of Warranties
RushInLoans.com uses commercially reasonable efforts to ensure that the information on the Site is accurate, but accuracy is not guaranteed. THE SITE AND THE SERVICES AND CONTENT PROVIDED ON THIS SITE AND BY ANY THIRD PARTY INVOLVED IN LOAN PROCESSING THROUGH THE SITE, INCLUDING BUT NOT LIMITED TO NETWORK LENDERS, MAY CONTAIN ERRORS. NEITHER RushInLoans.com NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SITE IS LIABLE FOR ANY DIRECT, INCIDENTAL, CONSEQUENTIAL, INDIRECT OR PUNITIVE DAMAGES ARISING OUT OF YOUR ACCESS TO, OR USE OF, THIS SITE. EVERYTHING ON THIS SITE IS PROVIDED "AS IS" AND WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. THESE EXCLUSIONS AND LIMITATIONS ARE APPLIED TO THE FULLEST EXTENT PERMITTED BY LAW.

### Important Disclosures. Please Read Carefully.
This service is not available in all states. If you request a loan in a particular state where such loans are prohibited, or in a location where Quick funds does not have an available lender or lending partner, you will not be connected to a lender. In some cases, you may be given the option of obtaining a loan from a tribal lender. Tribal lenders are subject to tribal and certain federal laws while being immune from state law including usury caps. If you are connected to a tribal lender, please understand that the tribal lender's rates and fees may be higher than state-licensed lenders. Additionally, tribal lenders may require you to agree to resolve any disputes in a tribal jurisdiction. You are urged to read and understand the terms of any loan offered by any lender, whether tribal or state-licensed, and to reject any particular loan offer that you cannot afford to repay or that includes terms that are not acceptable to you.