IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **RICHARD HENDERSON,** | § § § |
| *Plaintiff,* | § § C. A. No.: 3:21-cv-255 |
| v. | § § |
| **NESMETAJU, LLC and MARKETING LABS, LLC, d/b/a BRIGHTENLOANS.COM, THELENDSOURCE.COM and RUSHINLOANS.COM** | § § § § § § § |
| *Defendants.* | § § |

### DECLARATION OF JACOB U. GINSBURG

I, Jacob U. Ginsburg, Esq., hereby certify as follows:

1. I am an adult resident of Lower Gwynedd, Pennsylvania.

2. I have personal knowledge of all averments contained within this Declaration.

3. I am an attorney at Kimmel & Silverman, P.C.

4. I am admitted to practice in the Southern District of Texas, where I have been assigned Attorney ID No. 3568914

5. I am counsel of record for Plaintiff Richard Henderson.

6. Defendant Nesmetaju, LLC is a limited liability company based in St. Kits and Nevis.

7. Attorney Paul Heeringa is representing Nesmetaju.

8. Me. Heeringa has nonetheless advised us on numerous occasions he cannot accept service on behalf of Nesmetaju, as reflected in the email identified as Exhibit C dated March 1, 2022.

I, Jacob U. Ginsburg, Esq. hereby certify the foregoing is true and correct subject to penalty of perjury this June 2, 2022.

SO CERTIFIED:

_____
JACOB U. GINSBURG