# EXHIBIT "C"

# Brittni Collins

| | |
|---|---|
| **From:** | Heeringa, Paul <PHeeringa@manatt.com> |
| **Sent:** | Wednesday, October 6, 2021 5:47 PM |
| **To:** | Brittni Collins |
| **Cc:** | Team Kimmel Credit Law; Jacob Ginsburg |
| **Subject:** | RE: Henderson, Richard  v Nesmetaju LLC |

Hi Brittni:

Sorry for the delayed response.   I can be free tomorrow, if Jacob has time around 4pm CT.

Also, our client has not authorized us to accept a service waiver at this time, but I will ask.

**A. Paul Heeringa**
Counsel

**Manatt, Phelps & Phillips,** LLP
151 North Franklin Street
Suite 2600
Chicago, IL 60606
**D** (312) 529-6308 **F** (312) 529-6315
PHeeringa@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Brittni Collins <bcollins@creditlaw.com>
**Sent:** Tuesday, October 5, 2021 10:44 AM
**To:** Heeringa, Paul <PHeeringa@manatt.com>
**Cc:** teamkimmel@creditlaw.com
**Subject:** Henderson, Richard v Nesmetaju LLC

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Good morning Counsel,

In response to your emails, Jake says he is available to discuss this case around 1pm tomorrow. Please advise if this day and time works for you. Also attached is a Waiver of Service for Nesmetaju LLC for the above mentioned case. Please reach out if you need anything else.

Thanks so much

1

Brittni Collins
Legal Assistant
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
Direct: 267-468-5367
Local: 215-540-8888 ext 132
FAX: 1-877-600-2112

*Making robocallers, debt collectors and others pay for unlawful behavior. © Copyright 1991-2021. All Rights Reserved.*

*Visit: www.CreditLaw.com (TCPA & FDCPA); www.LemonLaw.com (automobile warranty claims). Like us at www.facebook.com/1800notfair*

*Legal Disclaimer: Submitting inquiries through a website does not create an attorney-client relationship between you and our firm or any of its attorneys. Each case is evaluated prior to acceptance and representation agreements are always set forth in writing.*

*Confidentiality: The information in this electronic communication is confidential and intended only for the use of the recipient named above, may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please send to the person listed above and delete the original message from your computer system.*

*Not tax advice: This E-mail, and any attachments is not intended as tax advice or tax consultancy. The author is not an accountant, tax advisor or tax attorney.*

*Copyright 2009-2021, Kimmel & Silverman, P.C. All Rights Reserved.*