# EXHIBIT "E"

**From:** Heeringa, Paul <PHeeringa@manatt.com>
**Sent:** Tuesday, March 01, 2022 11:54 AM
**To:** Jacob Ginsburg <jginsburg@creditlaw.com>
**Cc:** Team Kimmel Credit Law <teamkimmel@creditlaw.com>; Hartunian, Richard <RHartunian@manatt.com>; Reilly, Christine <CReilly@manatt.com>
**Subject:** RE: Henderson v. Marketing Labs/Nesmetaju - Pre-Rule 12(b) Motion Letter

Thanks, Jake.  Since our deadline is now March 11, if you could get back to us this week, we would appreciate it.

We are not authorized to accept service for Nesmetaju in this case.   I will, however, ask again as a courtesy to you.

Also, can we remove LeadsMarket from the case docket, now that you've added Marketing Labs as a party?   LeadsMarket is not the dba for Nesmetaju, and vice versa.

**A. Paul Heeringa**
Counsel

**Manatt, Phelps & Phillips,** LLP
151 North Franklin Street
Suite 2600
Chicago, IL 60606
**D** (312) 529-6308 **F** (312) 529-6315
PHeeringa@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.