**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| **RICHARD HENDERSON,** § § § *Plaintiff,* § § v. § § **NESMETAJU, LLC and** § **MARKETING LABS, LLC, d/b/a** § **BRIGHTENLOANS.COM,** § **THELENDSOURCE.COM and** § **RUSHINLOANS.COM** § § § *Defendants.* § | C. A. No.: 3:21-cv-255 |

## ORDER

AND NOW, upon consideration of Plaintiff's Motion for Alternative Service and any response thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff is permitted to effectuate service of the Second Amended Complaint and summons on Nesmetaju, LLC on A. Paul Heeringa of Manatt, Phelps & Phillips located at 151 North Franklin Street, Suite 2600, Chicago IL 60606.

IT IS SO ORDERED, this _____ of _____, 2022 in Galveston, Texas.

BY THE COURT:

_____
Jeffrey V. Brown, U.S. District Judge