# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RICHARD HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>NESMETAJU, LLC and MARKETING LABS, LLC, d/b/a BRIGHTENLOANS.COM, THELENDSOURCE.COM and RUSHINLOANS.COM<br><br>Defendants. | Case No. 3:21-cv-00255 |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

This matter, coming to be heard on Defendant's "UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE" ("Motion"), due notice having been given, the Motion being unopposed, and for good cause shown, it is **HEREBY ORDERED** that: (i) the Motion is **GRANTED**; and (ii) Defendant shall have three (3) business days from the date of this order to file a sur-reply of no longer than three (3) pages (not including the caption, signature block, or certificates) in length to address Plaintiff's argument regarding Marketing Labs LLC's standing to oppose Plaintiff's Motion for Alternative Service.

SO ORDERED THIS ___ DAY OF JULY, 2022:

By:_____
Hon. Jeffrey V. Brown
United States District Judge